**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| JANE DOE 7, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-CV-00172 JAR |
| | ) | |
| BOARD OF REGENTS, SOUTHEAST MISSOURI STATE UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this day and incorporated herein granting summary judgment in favor of Defendants Board of Regents, Southeast Missouri State University and Jyothi Dirnberger and against Plaintiff Jane Doe 7,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that all claims asserted by Plaintiff Jane Doe 7 against Defendants Board of Regents, Southeast Missouri State University and Jyothi Dirnberger are **DISMISSED WITH PREJUDICE.**

Dated this 5th day of May, 2022.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**